RECEIVED

MAR 2 5 2015

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Jpcc Jail #
5985600

Baron Johnson ops 316875

**Plaintiff**                    **Inmate Number**

VERSUS STATE OF LOUISIANA

opsc ; MR. Govenor Bobby Jindal
; Secretary Mr. James M. LeBlanc
Jefferson parish, Sheriff Office ¿ MR. Sheriff Newell Normand,
24th Judicial District CourtHouse ¿ MR. pAul D. Connick JR. ¿ Jpcc Jail

(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program
     In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

     The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

     In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

     If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts.  THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.  ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( ) No ( )

B.  If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to this previous lawsuit
    Plaintiff(s): __MR. BARON JOHNSON__

    Defendant(s): MR Govenor BOBBY JINDAL & STATE of LA..
MR. JAmes M. Leblanc MR PAul D. Connicor E/JP sheriff office &
MR Sheriff Newell Norman & 24th JDcourt House Jefferson
2.  Court (if federal court, name the district; if state court, name the parish): PAnish
EASTERN District of LouISIANA Federal court House
500 poyDrms Street No. LA 70130 & 5th cir. court of Appeals

3.  Docket number: _____

4.  Name of judge to whom case was assigned: Federal Judge M8. SARAH S. VANCe
ANd MR Federal Judge C. Wilkerson

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
Filed 7-8-2013 to UNited STATES DISTrict Court
Transferred BACK to Eastern District Federal court to Be Dismissed
to MS. SARAH S. VANCe ANd Ms Roby Colby Federal Judges behind Retaliations
6.  Date of filing lawsuit: 7-11-13 / 7-8-13
7.  Date of disposition: Clerk of courts Ask them Eastern DISTrict
and UNited STATES DISTrict court Clerk of court
I WAS Diagnosed As schizophrenia and Bipoln by state of LA

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
        Yes (✓)      No ( )

*(left margin, handwritten)* Filed 20 7-1-13 to MS. SARAH S. VANCe behind 42 USC 1983 Federal violations complaints and All Relief Damages Never Recieved yet still

*(right margin / bottom, handwritten)* Hospitals of Jeff PARISH and New orleans Lou and DePaul Hospital Still Have 42 USC 1883 Federal complaint CAvILRights violations LAwsuit still pending At Eastern DIStrict Tendered for Filing

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

*500 poDrng Street No. LA 70130 EASTERN District of LA Federal Court House and THE UNITED STATES District Court House*

II.    Place of present confinement: *JPCO Jail Released 10-25-13 or 10-26-13 behind Law suits and writ of certanari Appeal filed at EAStern Dist. Federal Court House that was Also Dismissed by EAStern Dist. Federal court Judges All cases were Dismissed purposely behind Release Damages/and/income been supposed to have recieved from state of Land all house/ As investor*

A.  Is there a prisoner grievance procedure in this institution?
        Yes (✓) No ( )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes (✓) No ( )

C.  If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. *JPCO Jail Refused to give copies of All Grievances filed at Jpco Jail*

2. What steps did you take? *Filed Grievances to Mr. LT, Cook And warden At Jp co Jail All Grievances were Denied Since the year of 1986*

3. What was the result? *Denied by MR., LT. Cook and STU over Jpco Jail and warden and By Jparish Sheriff office and maple Drive Det. Bureau Harvey LA 70058*

D.  If your answer is No, explain why not: _____

_____

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff(s) *MR BARON JOHNSON Dooc# 316875 Jpgo Jail 5585600*
     Address *I've Been Recieving All Types of Retaliations and Homelessness and Cruel and Unusual punishments*
In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.



B. Defendant MR. BOBBY GINDAL is employed as Governor over State of LA. at State Capitul BATON Rouge LA.

C. Additional Defendants; Mr. Secretary James m. Leblanc over D.O.C. Jefferson parish sheriff office Mrs sheriff Newell Normand 24th JDC Judge ? Mr. Paul D. Connick Jr. Head Dist Attorney And Jefferson parish Correctional center

IV. Statement of Claim

I'm Homeless Also & Don't have A future wife to marry me please help person me out I Need to Recieve All Relief & Incom $316875 &

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not given any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) I MR. Baron Johnson DIpoc. H Houseing JpCC Jail #598560o Have been Constantly Aggravatedly Raped and Sexually Assaulted and focibly Raped and Raped and Constantly Stalked and Have Recieved Constant Harrassments and police Brutalities and personal Injuries and Have been Denied employment by the State of LA. and Have Recieved All types and Kinds of Retaliations By All Defendants that I filed 42 USC 1983 Federal Constitutional Civil Rights Violations Against in all of the Federal courts of the state of Louisiana and plus Aggravated Batteries and batteries that have happened to me and False Retaliated Complaints and have Recieved All types of False Retaliated upon police Reports Complaints by the Mr. Sheriff Newell Normand & the Jp Sheriff office because of every 42 USC 1983 Federal Complaints And Appeals I have filed At the 5th Cir. court of Appeals 6oo Camp St No. LA 70130 Also and at the Eastern DIst. Fed. court House and At the 18th JDIst court House of the Baton Rouge State Capitol case 03-6933 Since I Have Not Recieved All Reliefs that I Am Entitled to and Not Recieved protection I filed again

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits._____

_____

_____

VI.    Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _____day of _____, 20_____.

_____

_____
Signature of plaintiff(s)

Case 2:15-cv-01233-ILRL   Document 1   Filed 03/25/15   Page 6 of 6

Mr. BARON JOHNSON DPSC # 316875
JPOC Jail # 5985600
Mailing ADDress   I'm Still Homeless Still
1236 Robinson Ave.
MARRERO LA. 70072

Do Not TAMPer
With FEDERAL MAiL
       OR
FEDERAL LEGAL
MAIL to the
FEDERAL COURTS It's A
FEDERAL CRIME OFFENSE
42 USC 1983 FEDERAL Lawsuit
COMPLAINt



FEDERAL COURT
To: CLERK OF COURT
UNITED STATES DISTRICT COURT
HOUSE
MIDDLE DISTRICT
OF
LOUISIANA
777 FLORIDA STREET Suite 139
BATON ROUGE LA. 70801 - 1712

OFFICIAL
BUSINESS

U.S. POSTAGE
PAID
GRETNA,LA
70053
MAR 23, 15
AMOUNT
$1.40
00115940-02