A whole lot
I've Been
Retaliated upon
still sits
And mams
RECEIVED
MAR 31 2015
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Baron Johnson    DPSC# 316876    Jpcc Jail #598560.00

Plaintiff          Inmate Number

resigned Govenor

VERSUS MR. Govenor Bobby Jindal & Ms Kathleen Blanco
STATE OF LOUISIANA
Secretary of Dep of public Safety & Corrections MR. James M. LeBlanc
Jefferson Parish & Jefferson Parish Sheriffs office Sheriff Newell Normand
24th JD Courthouse & MR. Paul D. Connick Jr.

(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program
In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order
2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities
participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by
Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly
the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00.
In addition, the United States Marshal will require you to pay the cost of serving the complaint on
each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to
proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized
officer certifying the amount of money in your inmate account. If pauper status is granted, you will
be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to
forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiff(s): _MR. BARON Johnson DPSC #316 875_
_Jefferson PARiSH Correctional Center Jail #5788-600_

Defendant(s): _MR. GoVeNor BoBBy JINDAL_
_MS. Resigned GoVeNor Kathleen Blanco mr. James M. LeBlanc. Jefferson parish_
_Jefferson parish Sheriffs office Sheriff Newell Normand 24th JD Court House Judge_
2. Court (if federal court, name the district; if state court, name the parish): _PAui D. CoNNidk JR._
_UNITED STATES DISTRICT Court House Shreveport_
_FEDERAL Court House 300 FANNIN St. Shreveport LA 7110/_

3. Docket number: _Its IN the Records of the Clerk of Court_
_of Shreveport FEDERAL CourT House_
4. Name of judge to whom case was assigned: _MR. TOM Stagg aNd_
_MR. MARK L. Hornsby_

_Denied_
_the chances_
_to Appear iN_
_Fed CourT_
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _42 USC 1983 Cases ANd Appeals Denied INtentionally_
_Dismissed and Denied because of Federal Crimes that_
_happened too me At DWCC INstitution and because of Relief Damages I'm Entitled to._
6. Date of filing lawsuit: _2005-2009_
7. Date of disposition: _2009_

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
Yes (✓)     No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought. 5th Circuit Court of Appeals 600 Camp Street N.O. LA 70130 Clerk of Court It is All in the clerks offices

II. Place of present confinement: David Wade Correctional Center Homer LA 70140 Released Sep 2009

A. Is there a prisoner grievance procedure in this institution? ARPS
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. DNC and Mr. James M. LeBlanc and Ms. Gov. Kathleen Blanco the DW Co Instit. Refused me copies of ARPS at DWCC to

2. What steps did you take? Filed Administrative remedies complaints Warden Jerry Goodwin and Assist. Warden Ray Hanson and Col. Lonnie Nail Col. Earl Benjen All were Denied and filed

and 42 USC 1983 Federal Civil Rights Lawsuits Complaints to Fed Court

3. What was the result? All ARPS were Denied Intentionally Denied because of Fed Crimes happened to me and because of All Relief I am entitled to

D. If your answer is No, explain why not: _____

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.) Jpco Jail #H 5585600

A. Name of plaintiff(s) Baron Johnson Doc #3/6875
Address Released Sep 2009 from DWCC
Mailing Address 1236 Robinson Ave Marrera LA 70072 Homeless Still
In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Mr. BOBBY JINDAL_ is employed as
_Govenor_ at _state_
_Capitol Baton Rouge LA._

C. Additional Defendants: _~~the~~ Ms. Resigned Gov. Kathleen Blanco_
_STATE of Louisiana & Secretary of DPSC mr. James M.LeBlanc_
_Jefferson PARISH & Jefferson PARISH sheriffs office sheriff_
_Newell Normand 24th Th court House & mr. paul D. Connick Jr._

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_DPSC# 316875 JPOC#598560 I MR. BARON Johnson Have Went through All types of CRUEL AND UNUSUAL pUNISHMents AND persoNAL INJuries and pains and Sufferings and Denials of medical AssistANces from the Jefferson pARish CorrectieNAL CeNter and from the DAVID WADe CorrectioNAL Center & the L.A. Dep of pUblic safety and CorrectioNs and Hospitals of the state of louisiana and medical Health CliNics behiNd GrievaNces filed ~~back~~ ᶠᴺ the JpOO JAil SINce 1986 and from ADMINISTRATIVE RemedieS GRIEVANces complaiNts Filed IN the LA Dep. of public safety and CorrectioNs and from 42 USC 1983 Federal CoNstitutioNAL CIVIL RightS VioIAtioNo complaiNts ~~And~~ And Appeals to the 5th CIR. Court of Appeals 600 CAmpst NO. LA 7p130, Because of AssmvrAted RApes Forcible RApes sexuAL AssAults Ass. BattArieS BatteriES false INCideNt Reports False RepreseNtatioNS False, COMplaiNts FALse ArreSt Reports from the SHeriff Harry Lee and SHeriffs office and SHeriff Newell NorMANd and mr. PAUL D. CONNICK JR. and Dist ATtNys. of ~~the~~ JeffersoN PARISH because of FAlse Arrests Also._

_And RetaliatioNs behind Filings._

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

*Handwritten:* that people were paid • I Have concrete physical Evidence against all Defendants All my UNITED STATES CONSTITIONAL Rights have Been Violated from the 1st Amend. All the way to the 14th Amend. A very long time now under pains and sufferings and mental Anguish and Cruel and unusual punishments from all Defendants that I filed 42 USC 1983 Complaints Against and Appeals So I request to Recieve all Relief Damages and Relief that I am surely entitled to Recieve from the State Capitol and Washington DC White House and State of Louisiana and Supreme Court Also from all these Fed. Crimes that Are still happening too me.

**VI. Plaintiff's Declaration**

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _____ day of _____, 20_____.

_____

_____
Signature of plaintiff(s)