UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARON JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1233** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION "B"(4)** |

# ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Baron Johnson's complaint pursuant to 42 U.S.C. § 1983 against the defendants, the State of Louisiana, Governor Bobby Jindal, the Department of Public Safety and Corrections, Secretary James M. LeBlanc, Jefferson Parish Sheriff's Office, Sheriff Newell Normand, the 24th Judicial District Court, Jefferson Parish, Paul D. Connick, Jr., Jefferson Parish Correctional Center, and former Governor Kathleen Blanco, is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

New Orleans, Louisiana, this 4th day of August, 2015.

UNITED STATES DISTRICT JUDGE